IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

RONALD K. OATES                                                                         PLAINTIFF

VS.                                      1:17-CV-00098-BRW

US BANK NATIONAL ASSOCIATION                                              DEFENDANT

## ORDER and JUDGMENT

Pending is Defendant's Motion for Summary Judgment (Doc. No. 6). Plaintiff has not responded and the time for doing so has passed.

Because Plaintiff failed to rebut Defendant's Statement of Undisputed Material Facts, they are deemed admitted. For good cause shown, Defendant's Motion for Summary Judgment (Doc. No. 6) is GRANTED. Accordingly, this case is DISMISSED with prejudice.

Based on the above, judgment is entered for Defendant.

IT IS SO ORDERED this18th day of December, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE